UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JOSE CRUZ ARROYO RODRIGUEZ, *individually* and *on behalf of others similarly situated*,

        Plaintiff,

-against-

735 WASHINGTON TRATTORIA INC., *d/b/a Malaparte* et al.,

        Defendants.

------------------------------------x

ORDER

20 Civ. 5265 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference scheduled for December 9, 2020 is canceled.

Dated: December 3, 2020
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge