UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JOSE CRUZ ARROYO RODRIGUEZ, *individually*
*and on behalf of others similarly situated*,

                       Plaintiff,

      -against-

735 WASHINGTON TRATTORIA INC., *d/b/a Malaparte* et al.,

                       Defendants.
------------------------------------x

ORDER

20 Civ. 5265 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for February 3, 2021 is adjourned to March 17, 2021 at 9:45 a.m.

Dated: January 27, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge