UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOSE CRUZ ARROYO RODRIGUEZ, *individually*
*and on behalf of others similarly situated*,

       Plaintiff,

  -against-

735 WASHINGTON TRATTORIA INC., *d/b/a Malaparte* et al.,

       Defendants.

------------------------------------- x

ORDER

20 Civ. 5265 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for March 17, 2021 is adjourned to May 5, 2021 at 9:45 a.m.

Dated: March 11, 2021
   New York, New York

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge