UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
JOSE CRUZ ARROYO RODRIGUEZ,
individually and on behalf of others similary situated,

               Plaintiffs,

-against-

753 WASHINGTON TRATTORIA INC.(D/B/A MALAPARTE), SEBASTIAN WIDMANN, EMANUELE ATTALA (A.KA. EMANUEL), FRANCISCO VARGAS, and JACKA PO,

               Defendants
--------------------------------------------------------X

**Case** 1::20-cv-05265-GBD

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

TO:    Lee Jacobs, Esq.
         Helbraun Levey LLP.
         110 William Street, Suite 1410
         New York, NY 10038
         (212) 219-1193
         Email: lee@helbraunlevey.com

       PLEASE TAKE NOTICE that Plaintiff MARGARITO FERNANDEZ RODRIGUEZ hereby accepts the offer of judgment made by 753 WASHINGTON TRATTORIA INC.(D/B/A MALAPARTE), SEBASTIAN WIDMANN, EMANUELE ATTALA (A.KA. EMANUEL), FRANCISCO VARGAS, and JACKA PO, pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated May 19, 2021. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York

      May 20    , 20 21

Respectfully submitted,

/s/ Michael Faillace
Michael Faillace, Esq.
Michael Faillace & Associates, PC
60 East 42nd Street, Suite 4510
New York, NY 10165
Michael@FaillaceLaw.com
212-317-1200