UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE CRUZ ARROYO RODRIGUEZ,
Individually and on behalf of others similarly
situated,

                        Plaintiff,

-against-

753 WASHINGTON TRATTORIA INC.
(D/B/A MALAPARTE), SEBASTIAN
WIDMANN, EMANUELE ATTALA (A.KA.
EMANUEL), FRANCISCO VARGAS, and
JACKA PO,

                        Defendants
-----------------------------------------------------------X

Case No.: 1: :20-cv-05265-GBD

**JUDGMENT**

On **May 20, 2021** Plaintiffs filed notice(s) of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff JOSE CRUZ ARROYO RODRIGUEZ, has judgment against Defendants 753 WASHINGTON TRATTORIA INC. (D/B/A MALAPARTE), SEBASTIAN WIDMANN, EMANUELE ATTALA (A.KA. EMANUEL), FRANCISCO VARGAS, and JACKA PO, jointly and severally, in the amount of $90,000.00 (Ninety thousand dollars and zero cents exactly) which is inclusive of attorneys' fees and costs.

Dated: **MAY 2 5 2021**, 2021

SO ORDERED,

*George B. Daniels*